IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: Angela Jegley<br>counsel: Trisha Harris<br><br>vs<br><br>**GARRET SORENSEN**<br>counsel: Ted Boswell<br>counsel: Floyd Clardy | Judge: Bill Wilson<br>Reporter: G. Power<br>Clerk: M. Johnson<br>Interpreter:<br>USPO:<br><br><br>Date: July 14, 2011<br>CASE NO: 4:09CR00163-01-BRW |

### COURT PROCEEDING: Motion Hearing

10:03 a.m.   Motion Hearing called; Parties argue pending motions; Witness called by Deft; Order to be entered. (Deft Exhibits 1-3 admt'd on record and returned to counsel)

11:15 a.m.   Court in recess

CourthearingMinutes.wpd

# United States District Court

Eastern DISTRICT OF Arkansas
Western DIVISION

USA

v.

Garrett Sorensen

**EXHIBIT LIST**

CASE NUMBER: 4:09CR00163-01-BRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wilson | USA | Boswell & Clardy |
| TRIAL DATE(S) 2/7/2012 | COURT REPORTER S. Power | COURTROOM DEPUTY M. Johnson |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
|  |  | 7/14/11 |  |  |  | Transcript of July 12, 2011, telephone hearing |
|  | 1 | 7/14/11 |  |  | 7/14 | 302 Interviews (under seal, if retained) |
|  | 2 | 7/14/11 |  |  | 7/14 | 4/16/02 letter from FBI to Garrett Sorensen |
|  | 3 | 7/14/11 |  |  | 7/14 | 5/26/11 ltr Martin/Solomon from Boswell |

# United States District Court

_Eastern_ DISTRICT OF _Arkansas_
_Western_ DIVISION

USA
v.
Garrett Sorensen

**Deft**
**WITNESS LIST**

CASE NUMBER: 4:09CR00163-01-BRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wilson | USA | Rosweel & Clary |
| TRIAL DATE(S) 2/7/2012 | COURT REPORTER T. Power | COURTROOM DEPUTY M. [illegible] |

**DESCRIPTION OF WITNESSES**

Scott Redden #1 7/14/2011

Ryan Solomon

# United States District Court

Eastern ~~Western~~ DISTRICT OF Arkansas _____ DIVISION

USA

v.

Garrett Sorensen

**USA WITNESS LIST**

CASE NUMBER: 4:09CR00163-01-BRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Bill Wilson | A. Jeffrey T. Harris | T. Boswell, F. Clardy |
| TRIAL DATE(S) 7/14/2011 | COURT REPORTER G. Power | COURTROOM DEPUTY Johnson |

**DESCRIPTION OF WITNESSES**

John Trainor Namir